Civil Action No.: **1:20−CV−10256−RGS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**
Docket/Case No: 1:20-CV-10256-RGS

I hereby certify and return that today, February 13, 2020, at 6:45 PM, I served a true and attested copy of the within US District Court Summons together with a copy of the complaint in this action upon the within named **Robert Mazzarese**, by leaving said copies with Gail Mazzarese Wife, at 49 Old Farm Road, Needham, MA 02492 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Robert Mazzarese, at 49 Old Farm Road, Needham, MA 02492. *Other documents served; Civil Action Cover Sheet, Instruction Sheet (Form JS44) And Category Sheet*

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on February 13, 2020.

*/s/ Phil Juliani*
Phil Juliani, Process Server
& Disinterested Person over Age 18.     Total Fees: $90.00

**Capitol Constable Service, LLC**
80 Foster Street, Suite 101
Peabody, MA 01960
800-977-0427 978-977-0427 Business
978-977-0122 FAX
mailto: capitol@constableservice.com
http://constableservice.com

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

_____         _____
        Date                             Server's Signature

                                 _____
                                  Printed name and title

                                 _____
                                    Server's Address

Additional information regarding attempted service, etc: